## Dorothy E. PETRIS Plaintiff-Appellant

v.

Nancy A. BERRYHILL, Commissioner of Social Security Defendant-Appellee

No. 17-1163

United States Court of Appeals, Eighth Circuit.

Submitted: December 27, 2017

Filed: January 2, 2018

James H. Green, Kansas City, MO, for Plaintiff-Appellant

the Honorable Beth Deere, United Stages Magistrate Judge for the Eastern District of Arkansas.

Jeffrey P. Ray, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, Angela Gail Thornton-Millard, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, for Defendant-Appellee

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Dorothy E. Petris appeals the order of the district court[1] affirming the Commissioner's denial of supplemental security income. For reversal, Petris challenges the Administrative Law Judge's (ALJ's) physical and mental residual function capacity findings. Having reviewed the parties' submissions and the record before us, we conclude that the ALJ's determinations are supported by substantial competent evidence on the record as a whole and that Petris's arguments do not support reversal. See Wildman v. Astrue, 596 F.3d 959, 969 (8th Cir. 2010). The judgment is affirmed. See 8th Cir. R. 47B.

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.